IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No.  10-cr-00502-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1. MICHAEL JACOBY,**
**2. DEREK ZAR,**
**3. SUSANNE ZAR a.k.a SUSANNE HAMES,**
**4. MICHAEL MACY,**

      Defendants.

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion to Disclose Grand Jury Transcripts **(#54)** and accompanying exhibits.

HAVING REVIEWED the motion it is ORDERED that the government's motion is **GRANTED**, and that grand jury materials may be disclosed to attorneys for the defendants for preparation for trial.  It is further ORDERED that:

    a. Defense counsel make only such copies as are necessary to prepare a defense of the criminal case;

    b. Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, the date of the delivery, and that defense counsel deliver a copy of the any Order allowing disclosure with the materials;

    c. Defense counsel provide the defendants with reasonable access to the grand jury materials, but that defense counsel not allow the defendants to retain copies of any grand jury materials;

-2-

d. No person, other than defense counsel, make any copy of the sealed pleadings for any purpose; and

e. At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the government within ten days.

DATED this 5th day of January, 2011.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge