UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00502-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MICHAEL JACOBY,
2. DEREK ZAR,
3. SUSANNE ZAR a.k.a SUSANNE HAMES,
4. MICHAEL MACY,

      Defendants.

___

## ORDER TRANSFERRING CASE
___

**THIS MATTER** comes before the Court *sua sponte*. The Court is currently presiding over a lengthy criminal trial in another matter. To avoid delaying the commencement of trial in the captioned case, and with the consent of Chief Judge Daniel, this case is **TRANSFERRED** to the docket of United States District Judge Kathryn H. Vratil for all purposes.

This Order shall become effective upon the undersigned issuing a forthcoming ruling on Defendants Derek and Suzanne Zar's *Pro Se* Motion to Dismiss **(# 413)** and on the parties' Joint Rule 702 Motion **(# 319)**.

In anticipation of transfer, on or about July 11, 2012, the parties shall file a joint statement indicating how much time the parties believe remains on the Speedy Trial clock pursuant to 18 U.S.C. § 3161(c). The parties are also encouraged to contact Judge Vratil's chambers via e-mail at ksd_vratil_chambers@ksd.uscourts.gov to obtain information about available trial dates.

Dated this 6th day of July, 2012

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge